1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALCO ERMERT,<br><br>            Plaintiff,<br><br>    v.<br><br>MODERNLY INC et al.,<br><br>            Defendants. | Case No. 1:23-cv-01037-JLT-SAB<br><br>ORDER RE NOTICE OF SETTLEMENT,<br>ORDERING DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9)<br><br>**DEADLINE: DECEMBER 6, 2023** |

Plaintiff filed the complaint in this action on July 12, 2023.  (ECF No. 1.)  On November 15, 2023, Plaintiff filed a notice of settlement indicating that the parties have reached a settlement of this action.  (ECF No. 9.)  Plaintiff requests until December 15, 2023, to file dispositional documents.

Although only requesting thirty (30) days, the filing contains no specific reason demonstrating good cause for requiring more than twenty-one (21) days to file the dispositional documents.  Accordingly, the Court shall require Plaintiff to file dispositional documents within twenty-one (21) days, consistent with the Local Rule.  See L.R. 160(b) ("[T]he Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause.").  If Plaintiff requires additional time to file dispositional documents, Plaintiff may request an extension of the deadline upon a demonstration of specific good cause.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file dispositional documents **on or before December 6, 2023**.

IT IS SO ORDERED.

Dated:   **November 16, 2023**

UNITED STATES MAGISTRATE JUDGE